*In re* **BREJCHA**, Roger James (MR 20111)
La Grange, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent Roger James Brejcha is suspended from the practice of law for 30 days.

Suspension effective June 10, 2005.

Respondent Roger James Brejcha shall reimburse the Discipliary Fund for any Client Protection payments arising from his conduct prior to the termination of the period of suspension.